SAMUEL G. NICHOLAS, Appellant, *v.* NEW YORK STATE ELECTRIC & GAS CORPORATION, Respondent, et al., Defendant.

NEW YORK STATE ELECTRIC & GAS CORPORATION, Third-Party Plaintiff-Appellant, *v.* MICHAEL MATHEWS et al., Individually and as Copartners Formerly Doing Business under the Name of MATHEWS & KANELOS Co., Third-Party Defendants-Respondents.

Argued February 21, 1955; decided April 21, 1955.

*Michael Catalano* for appellant.

*Hugh McM. Russ, Robert S. Lesher* and *T. Kayler Jenkins* for respondent and third-party plaintiff-appellant.

*Robert D. Fernbach* and *Bernard Katzen* for third-party defendants-respondents.

Judgment affirmed, with separate bills of costs to the defendant-respondent and the third-party defendants-respondents. No opinion.

Concur: DESMOND, DYE, FULD and VAN VOORHIS, JJ. CONWAY, Ch. J., FROESSEL and BURKE, JJ., dissent and vote to reverse upon the ground that as to the defendant New York State Electric & Gas Corporation and as to the third-party defendants Michael Mathews and Gust G. Kanelos there were questions of fact presented requiring the consideration of a jury.